Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERHONDA KIRK-GIBSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY doing business as AMERICAN EDUCATION SERVICES, a foreign non-profit corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-02371-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY WITH PREJUDICE** |

Plaintiff, Jerhonda Kirk-Gibson ("Plaintiff"), and Defendant, Pennsylvania Higher Education Assistance Agency ("PHEAA") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to PHEAA, with Plaintiff and PHEAA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 28, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 28, 2017

**HOLLAND & HART LLP**

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PHEAA WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), PHEAA is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 3, 2017 _____

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY WITH PREJUDICE** was electronically served to the following parties:

Patrick J. Reilly, Esq.
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

Dated: June 28, 2017

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L. Hernandez