Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERHONDA KIRK-GIBSON, an individual; <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national banking association; PENNSYLVANIA HIGHER EDUCATIONS ASSISTANCE AGENCY doing business as AMERICAN EDUCATION SERVICES, a foreign non-profit corporation; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; <br><br> Defendants. | Case No.: 2:16-cv-02371-JCM-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Jerhonda Kirk-Gibson ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

Page 1 of 3

Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 23, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 23, 2017

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1150 Indigo Drive, Suite 200
Las Vegas, Nevada 89135
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: June 23, 2017

**HOLLAND & HART LLP**

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), Experian is dismissed with prejudice. Plaintiff and Experian will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 5, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served to the following parties:

Jennifer, L. Braster, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Patrick J. Reilly, Esq.
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

Dated: June 23, 2017

*/s/ Caesy Morales*                              .
An Employee of the Law Office of Kevin L. Hernandez